## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 8:25-cv-01712-JDE | Date | December 23, 2025 |
|---|---|---|---|
| Title | Doris Stanbery v. Experian Info. Solutions, Inc. | | |

| Present: The Honorable | John D. Early, United States Magistrate Judge |
|---|---|

| Amber Rodriguez | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| n/a | n/a |

**Proceedings:** (In Chambers) Order of Dismissal (**JS-6**)

On October 7, 2025, Plaintiff filed a Notice of Settlement advising that "the parties have reached a settlement in the . . . action," with Plaintiff expecting "to file a Notice of Dismissal" after the execution of settlement documents, requesting 60 days to complete the settlement and file the notice of dismissal. Dkt. 10 ("Notice"). Per the Notice, on October 7, 2025, the Court issued an order staying all pending case-related deadlines and retaining jurisdiction for 60 days, ordering Plaintiff to, within 60 days, file the anticipated Request for Dismissal or a Status Report, and directing that the Court would dismiss the action and administratively close the case without further notice if neither a Request for Dismissal nor a Status Report were filed within 60 days. Dkt. 11 ("Order"). No such document was timely filed.

As such, per the terms of the Order, this action is DISMISSED and administratively closed (JS-6).

IT IS SO ORDERED.

| | Initials of Courtroom Deputy | ARO |
|---|---|---|